# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ONEOK Rockies Midstream, L.L.C., | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Midway Machining Inc. and Dakota Fluid Power, Inc., | ) | Case No. 1:23-cv-044 |
| | ) | |
| Defendants. | ) | |

Pursuant to its discussion with the Parties at the mid-discovery status conference on November 1, 2023, the court shall extend the deadline for completing fact discovery until January 15, 2024.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court