IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ONEOK Rockies Midstream, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STIPULATION** |
| | ) | **AND MEET AND CONFER** |
| v. | ) | |
| | ) | |
| Midway Machining Inc., and | ) | |
| Dakota Fluid Power, Inc., | ) | Case No.: 1:23-cv-00044 |
| | ) | |
| Defendants. | ) | |

On March 29, 2024, the court held a status conference with the parties to discuss a discovery dispute arising in part out of the disclosure of documents in Defendant's Second Request for Production of Documents. (Doc. No. 43). Based on the discussions articulated on the record, the court orders the parties to meet and confer by April 12, 2024, to further narrow or resolve issues of discovery, and in the interim, submit a stipulation to extend deadlines.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2024.

                                                           */s/ Clare R. Hochhalter*
                                                           Clare R. Hochhalter, Magistrate Judge
                                                           United States District Court