# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ONEOK Rockies Midstream, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Midway Machining, Inc. and Dakota Fluid Power, Inc., | ) | Case No. 1:23-cv-044 |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties on September 20, 2024. (Doc. No. 50). Pursuant to its discussion with the parties, the court shall continue the trial and final pretrial conference. Accordingly, the final pretrial conference on October 8, 2024, shall be rescheduled for October 14, 2025, at 9:00 AM by telephone. The jury trial scheduled for October 21, 2024, shall be rescheduled for October 27, 2025, at 9:00 AM in Bismarck before Judge Hovland (Eagle Courtroom). A seven (7) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2024.

>    */s/ Charles S. Miller, Jr.*
>    Charles S. Miller, Jr., Magistrate Judge
>    United States District Court